TIMOTHY COURCHAINE
United States Attorney
District of Arizona
NATHANIEL J. WALTERS
Assistant United States Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Nathaniel.Walters@usdoj.gov
Attorneys for Plaintiff

☒ FILED   ☐ LODGED

Oct 14 2025

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | 25-09456MJ |
|---|---|
| Plaintiff, | MOTION TO SEAL CASE |
| vs. | |
| Casey Wayne Goslin, | (UNDER SEAL) |
| Defendant. | |

The United States of America, by and through its undersigned attorneys, moves this Court for an order sealing this case until further order of the Court because the defendant is a fugitive.

Respectfully submitted this 14th day of October 2025.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*/s Nathaniel J. Walters*

NATHANIEL J. WALTERS
Assistant United States Attorney

cc:  AUSA, PTS