| CRIMINAL COMPLAINT    SEALED | |
|---|---|
| **United States District Court** | **DISTRICT of ARIZONA** |
| United States of America<br>v.<br>**Casey Wayne GOSLIN**<br>DOB: 1979; United States Citizen | DOCKET NO.<br><br>☒ FILED   ☐ LODGED<br><br>MAGISTRATE'S CASE NO.<br>**Oct 14 2025**<br>25-09456MJ<br>CLERK U.S. DISTRICT COURT<br>DISTRICT OF ARIZONA |

Complaint for violations of Title 18, United States Code, §§ 2252(a)(2) & (b) and 2251(a) & (e)

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

**Count 1**: On or about January 20, 2024, in the District of Arizona, **Casey Wayne GOSLIN**, using any means of interstate or foreign commerce, did knowingly receive child pornography, that is, a visual depiction, the production of which involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which depicted pre-pubescent minors, and which depicted such conduct, which had been shipped and transported in interstate or foreign commerce by means of computer, or otherwise, including the following file: imgpsh_fullsize_anim.jpg_fullsize_anim.jpg; all in violation of Title 18, United States Code, Sections 2252(a)(2) and (b).

**Count 2**: On or about and between April 3, 2023, in the District of Arizona, **Casey Wayne GOSLIN**, did attempt to employ, use, persuade, induce, and coerce a minor to engage in sexually explicit conduct for the purposes of producing a visual depiction of such conduct and for the purpose of transmitting a live visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported in and affecting interstate and foreign commerce, using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and the visual depiction was transported using a means and facility of interstate and foreign commerce; all in violation of Title 18, United States Code, Sections 2251(a) and (e).

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

In January 2025, Homeland Security Investigations (HSI) received a request to investigate **Casey GOSLIN** as being the subject of a child exploitation investigation. **GOSLIN** was identified as a suspected user of a Skype account used to conduct livestream shows of child sexual abuse with multiple traffickers and victims in the Philippines. **GOSLIN** would then send payments for those shows to traffickers via money service wire transfers and/or electronic financial transactions sent via adult sex websites. Between January 31, 2025, and September 2, 2025, HSI Special Agents (SAs) received **GOSLIN's** Skype information. The records showed multiple different chats with multiple traffickers in the Philippines.

**(BASIS OF COMPLAINT CONTINUED ON REVERSE.)**

MATERIAL WITNESS(ES) IN RELATION TO THE CHARGE: N/A

| DETENTION REQUESTED<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.*<br><br>AUTHORIZED BY: AUSA *Nathaniel J. Walters* | SIGNATURE OF COMPLAINANT<br>CHAD L LAKOSKY  *Digitally signed by CHAD L LAKOSKY*<br>*Date: 2025.10.14 13:59:15 -07'00'* |
|---|---|
| | OFFICIAL TITLE & NAME:<br>Special Agent Chad Lakosky – HSI Tucson |

Subscribed to and sworn before me telephonically.

| SIGNATURE OF MAGISTRATE JUDGE[1]<br>*[signature]* | DATE<br>October 14, 2025 |
|---|---|

[1] See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54

cc: USM, AUSA, PTS

**(BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED CONTINUED.)**
Page 2 of 3

For example, between January 20, 2024, and November 13, 2024, **GOSLIN** and Skype user *live:.cid.629b855242d457ea* (Trafficker) exchanged approximately 151 messages.

*Factual Basis Pertaining to Count 1:*

On January 20, 2024, **GOSLIN**, using the Skype name *live:.cid.bbdbec6f18b26922*, had a conversation with the Trafficker. In that conversation, **GOSLIN** asked the Trafficker, "is she really there with you now," and "if so send me a pic of her holding a sign that says, "i want to play with chris." (HSI agents identified that "Chris" was an alias used by **GOSLIN** with this Skype name and had email address azturbochris@gmail.com as being listed by **GOSLIN** in Skype subscriber data. **GOSLIN** negotiated with the Trafficker to show her "daughter" to **GOSLIN** for the payment of "11 tokens." This type of payment means that a purchaser of sexual content, in this case **GOSLIN**, had purchased "tokens" on an adult sex website to pay content creators and Traffickers for sexual content. In this situation, the "tokens" were to be paid for the Trafficker to send a photo of the Trafficker's daughter holding the aforementioned sign to prove to **GOSLIN** that the daughter of the Trafficker being offered to him was real. **GOSLIN** said that he wasn't "asking for nudes," but proof that "she" was there. A payment of "5" tokens appeared to be sent by **GOSLIN** to the Trafficker, and he said, "you get the rest when i get the proof." After the first payment was made, the Trafficker sent a photo depicting Child Sexual Abuse Material (CSAM) of a topless toddler age Asian female licking the vagina of another naked toddler age Asian female. The filename was imgpsh_fullsize_anim.jpg_fullsize_anim.jpg. After receiving the photo, **GOSLIN** responded "sent the rest," and asked who the girls were, and the Trafficker identified them as her nieces. **GOSLIN** asked if the girls were there, and the Trafficker said she had left and would message him when she returned.

Subpoenas served to Microsoft for information associated with Skype name *live:.cid.bbdbec6f18b26922* provided internet protocol addresses (IP Addresses) for the account user. The addresses were linked to Cox Communications as the internet service provider, and summonses served to Cox Communications for subscriber/customer data for the IP addresses linked to the Skype account showed the addresses registered to the spouse of **GOSLIN** at his residence of located on West Earll Drive in Phoenix, Arizona. In a conversation with the same Trafficker on November 6, 2024, **GOSLIN** identified an adult website screen name for himself of "calypsoglasses" where he had been communicating with the Trafficker. A subpoena served to adult website service provider Camsoft / Chathostess showed that the account "calypsoglasses" shared one of the IP addresses provided by Microsoft that was registered to **GOSLIN's** spouse at the residence during the time the chats were occurring.

Subpoenas served to PayPal, Inc. for identifiers linked to **GOSLIN** showed him making approximately 101 payments to suspected child sex traffickers in the Philippines totaling approximately $3,700 USD. The most common amounts of money sent in the transactions ranged from $1 to $50, with a few transactions over that amount. This type of payment activity has been identified as common amounts of payment for livestream child sexual exploitation.

On April 10, 2025, HSI agents executed federal search warrants of **GOSLIN's** residence, vehicle, and person in Phoenix, Arizona. During the search, numerous electronic devices were seized as evidence and forensically examined. Agents located information in a WhatsApp messaging application in an apple iPhone belonging to and located next to **GOSLIN** in his vehicle identifying him as "Chris," the same name used numerous times in chats and subscriber information for the above Skype conversation that **GOSLIN** participated in. Additionally, agents located numerous images of child erotica and approximately five CSAM images in a laptop computer located and seized from **GOSLIN's** bedroom.

**(BASIS OF COMPLAINT CONTINUED ON REVERSE.)**

**(BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED CONTINUED.)**
**Page 3 of 3**

On September 22, 2025, review of chat data for Skype account live:.cid.de5ca094f7bdd45 was conducted. Summonses for subscriber data showed IP address 68.98.62.229, username Steve Turbo, email address azturbosteve@yahoo.com. It was observed that the email and usernames were titled in a similar manner as **GOSLIN's** first account. The IP address was the same IP address used by **GOSLIN's** first account, and the aforementioned Cox Communications summons showed this account logging in on April 16, 2023, while it was issued to **GOSLIN**. This account was observed chatting with three child sex traffickers in data received by HSI agents from search warrants obtained in the District of Arizona served to Microsoft for Skype chats and subscriber information for additional suspected child sex trafficker accounts.

*Factual Basis Pertaining to Count 2:*

For example, **GOSLIN** had conversations with a Trafficker using Skype name live:cid.92f4d9de84e0c30c on April 3, 2023. The conversation showed **GOSLIN** negotiating the receipt of livestream child sex shows and "naked" photos/videos of the Trafficker's daughters for payment. **GOSLIN** requested that two girls in the show "kiss with tongue, suck each other's nipples, lick each other, finger each other," and would pay "pictures $25 or video $40." The Trafficker sent a "naked photo" (file later deleted by Trafficker) to **GOSLIN**. The Trafficker sent email address francoroshell28@gmail.com for her PayPal account to **GOSLIN** for him to send payment for the pictures/videos. **GOSLIN** then sent a screenshot of a PayPal payment to that email address for 3,385.26 Philippine pesos, which is equivalent to $62.31 USD. The screenshot showed the name "Casey Goslin," account name "Doc Fairday," showed the date and time of April 3 (2023), and open tabs at the top of the browser showed a website listed in Russian text, two Asian camera sites, as well as Skype open along with PayPal. Paypal records for **GOSLIN's** account received via subpoena confirmed the transaction was made to the Trafficker. **GOSLIN** appeared to confirm receipt of the photo, but it was unclear if the video was received per the chat conversation.