## MAGISTRATE JUDGE'S MINUTES
## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA – TUCSON

| | |
|---|---|
| **U.S. Magistrate Judge:** Maria S. Aguilera | **Date:** October 17, 2025 |
| **USA v. Casey Wayne Goslin** | **Case Number:** 25-09456MJ-001-TUC-JR |

**Assistant U.S. Attorney:** Matthew Cassell (duty)
**Attorney for Defendant:** Cynthia Yializis, Assistant Federal Public Defender
**Interpreter:** N/A
**Defendant:** ☒ Present  ☒ Custody

### INITIAL APPEARANCE

☒ Complaint Filed                                                                 **Date of Arrest:** October 16, 2025
☒ Government moves to unseal this matter. There being no objection, the Government's oral motion to unseal this matter is hereby GRANTED.
☒ Financial Affidavit taken, appointing AFPD, Cynthia Yializis as counsel for Defendant.
☒ Pretrial Services recommends detention pending a home assessment.
☒ Government's motion for detention and request for a continuance of the Detention Hearing pursuant to 18§3142(e) & (f) is granted. Defendant is temporarily detained in the custody of the United States Marshal.
☒ In the presence of Government and Defense counsel, the Court orally advises the Government of their Brady obligation. Written order to follow.
☒ The Preliminary Hearing is waived. Finding: Defendant held to answer before the District Court.
☒ Detention Hearing set for 10/31/2025 at 10:00 a.m. before Magistrate Judge Maria S. Aguilera.

**Recorded By:** Courtsmart
**Deputy Clerk:** Cynthia Espinoza

**Initial Appearance:**
**01 min**
**Preliminary Hearing:**
**01 min**

**Start:  2:09 PM**
**Stop:   2:34 PM**